**EXHIBIT A**

# Online Complaint Summary #ECN101384

## Employee Information

| | | | |
|---|---|---|---|
| **Complainant Name** Patrick K Cullen | **Date Complaint Filed** 10-05-2023 | **Region** 04 | **Complainant E-mail** PhatHacked@proton.me |
| **Complainant Address** 400 West Blue Mountain Road, Anniston AL 36201 | **Job Title** | **Date of Hire** | **Preferred Method of Contact** |
| **Worksite Address** Crestwood Memorial Cemetery, Gadsden AL 36201 | **Person Filing the Complaint is** | **Person filing certifies that the information in this complaint is true and correct to the best of their knowledge** Yes | **Exclusive Bargaining Representative** |
| **Other Contact Name** Chelsea Mandeville | **Other Contact Phone** 256-525-5932 | **Best Time to Contact** Afternoon | **Telephone Available** Yes |

**Complainant Phone**

| Type | Country Code | Phone Number | Extn |
|---|---|---|---|
| Home | US | (256) 589-2167 | |
| Mobile | US | (256) 589-2167 | |
| Work | US | (256) 589-2167 | |

## Employer Information

| | | | |
|---|---|---|---|
| **Employer Name** Lakeland cemetery services | **Employer Type** Lawn care for cemeteries | **Sector** Private | |
| **Employer Address** 1195 Flightway Drive, De Pere WI 54155-9532 | **Employer Alt Phone** | **Employer Alt Fax** | **Employer E-mail** craigh.lcs@gmail.com |
| **Manager's Name** Craig Haupt | **Manager's Job Title** Ceo | **Manager's Phone** (920) 336-1801 X 1 | **Different Company Name** |
| **Supervisor Name** Jeffery Simpson | | **Supervisor Job Title** Regional manager | |

**Employer Phone**

| Type | Country Code | Phone Number | Extn |
|------|--------------|--------------|------|
| Work | US | (920) 336-1801 | |

## Allegation of Discrimination/Retaliation

| Name of Management Person Responsible for the Retaliation | Job Title of Management Person Responsible for the Retaliation | When did you first learn that the action(s) would be taken against you? | Adverse Action Dates 10-05-2023 |

| Adverse Action | Other Adverse Actions | Has the Complainant Filed Previous Complaint? | Previous Complaint Date |
|---|---|---|---|
| Discipline, Denial of Benefits, Negative Performance Evaluation, Other | | No | |

**Previous Complaint Number**            **Agency Name**

**How did complainant become aware a complaint could be filed with OSHA?**

**Please describe why you believe you suffered the adverse action(s):**

Other Reported ACA violations internally and external. Reported OSHA violations internal but not external in attempt to not hurt employer.

Have meeting audio recorded with CEO bringing up violations. Also fought for everyone to get holiday pay as outlined in the handbook I got only this year of 13 years because CEO tried to use it to defend the use of my vehicle that was eventually destroyed by the company use.

**What reason(s) did your employer give for the adverse action(s):**

Said job not getting done(most recent) but when I approached the customer GM he said the complaint was against my regional manager and company as a whole for having 2 of 5 crew members but being charged full price. This is them gearing up to terminate or lay off. Rest no reason. Took mgr powers away and recently learned that we are the only crew having to do time sheets, rest just text totals and provide no clock in or outs.

**Is there anything that you would like OSHA to know about what happened? Please include witness names or their contact information:**

Patrick Keith Cullen

**Allegation Code:**

Called / Filed complaint with another government agency, Complained to management about unlawful conditions, conduct, or practices, Because you engaged in protected concerted activities (group action to improve wages, benefits, and working conditions), union activities, supported a union, or chose not to engage in union activities, Other

**Allegation Code - Refused to Perform Task:**


**Allegation Code - Testified or Provided Statement in Investigation or Other Proceedings:**


**Allegation Code – Other:**
Patrick Keith Cullen

**Allegation Dates:**


**Do you believe the employer knew you engaged in the activities described?**


**Other Actions Taken by Complainant:**
Blaming me for their failure to meet obligations

## Identification of Representative

| Representative's Name | Representative's Job Title | Representative's Organization | Representative's E-mail |
|---|---|---|---|
| **Representative's Address** WI | **Are you an authorized/designated representative (e.g., attorney, shop steward) that is filing on behalf of an employee?** No | **Representative certifies the named employee has authorized him/her to act as their representative?** No | **Union Affiliation** |

**Do you have authorized/designated representative (e.g., attorney, shop steward)?**
No

**Additional Comments**

# U.S. Department of Labor

Occupational Safety and Health Administration
Atlanta Regional Office
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW, Room 6T50
Atlanta, Georgia 30303



## COMPLAINT SUMMARY

### Section 1: Administrative Information                                                                 [RESET]

| | | | |
|---|---|---|---|
| Date Filed: | 09/29/2023 | Case Number: | 301024228 |
| Investigator: | Shakira Dean | Case Type: | Affordable Care Act (ACA) |

### Section 2: Complainant Information

| | | | |
|---|---|---|---|
| Name: | Chelsea Mandeville | Job Title: | Mower |
| Currently Known to be Represented | ☐ | Worksite: | Anniston  AL |

### Section 3: Respondent Information

| | | | |
|---|---|---|---|
| Employer Name: | | Lakeland Cemetery Service | |
| Industry: | Landscaping | Worksite: | Pere  AL |

### Section 4: Allegation Summary By Element

I. Covered Employer.
Respondent provides landscaping services and is engaged in interstate commerce.

II. Employer/Employee Relationship.
Complainant worked as a mower for Respondents and was directly involved in Respondents' business in commerce.

III. Timeliness.
 Complainant filed this complaint on 09/29/2023 . The adverse action specified below occurred on 09/22/2023 .

IV. Protected Activity.
Complainant raised concerns to management about affordable healthcare. Complianant alleges she has been denied healthcare for the first two years of employement. Denied Summary plan description and stated the Respondent is reporting a highher salary than she recieves, which makes her healthcare unafforable.

V. Adverse Action.
Complainant has been denied benefits, disciplined and harassed since 09/22/23.

VI. Nexus.
Complainant believes they were subject to retaliation because of their protected activity.

### Section 5: Certification                                                                                  [SAVE]

This summary was created by the following signatory.

**UNITED STATES**
**POSTAL SERVICE**

EXHIBIT B

May 14, 2025

Dear Suzy Burns:

The following is in response to your request for proof of delivery on your item with the tracking number: **9468 2301 0935 5000 0845 24**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 15, 2025, 9:26 am |
| **Location:** | DE PERE, WI 54115 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Adult Signature Restricted Delivery |
| | Up to $100 insurance included |
| **Recipient Name:** | CRAIG HAUPT |
| **Actual Recipient Name:** | M M |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1195 FLIGHTWAY DR |
| **City, State ZIP Code:** | DE PERE, WI 54115-9532 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 1195 FLIGHTWAY DR, DE PERE, WI 54115

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK CULLEN, and ) | |
| CHELSEA CULLEN, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:25-cv-0523-CLM |
| ) | |
| LAKELAND CEMETERY SERVICES, ) | |
| INC., EVERSTORY PARTNERS, LLC, ) | |
| and CRAIG HAUPT in his capacity as ) | |
| Plan Administrator, ) | |
| Defendants. ) | |

### AFFIDAVIT OF CRAIG HAUPT

My name is Craig Haupt. I am the Vice President of Lakeland Cemetery Services, Inc. I am over the age of nineteen. The information contained in this affidavit is within my personal knowledge. This information is true and correct to the best of my knowledge as of the date of this affidavit.

At this time, there are no employees of Lakeland Cemetery Services, Inc. working in our primary corporate office located at 1195 Flight way Dr. DePere, WI 54115 with the initials "M.M." I have not received a copy of the Complaint via certified mail or process server.

_____
CRAIG HAUPT

Exhibit C - Motion to Dismiss

STATE OF **Alabama** )

COUNTY OF **Etowah** )

I, **Suzy Lee Burns** a Notary Public in and for said County in said State, hereby certify that CRAIG HAUPT, who is known to me, acknowledged before me on this day that he hath executed the above affidavit voluntarily on the day the same bears date.

Given under my hand and official seal this **15th** day of **May**, 2025.

**Suzy Lee Burns**
NOTARY PUBLIC
My Commission Expires: **3/5/26**

[Notary Seal: SUZY LEE BURNS, NOTARY PUBLIC, ALABAMA STATE AT LARGE]