IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHELSEA KAYE MANDEVILLE ) | |
| and ) | |
| PATRICK KEITH CULLEN, ) | Case No. 1:25-cv-00523-CLM |
|    *PLAINTIFFS,* ) | |
| v. ) | |
| LAKELAND CEMETERY SERVICES, ) | |
| INC., CRAIG HAUPT, individually and in ) | |
| his capacity as Plan Administrator, ) | |
|    *DEFENDANTS.* ) | |
| ) | |

January 4, 2026

**NOTICE OF INTENT REGARDING AMENDED COMPLAINT AND RELATED CASES**

Pro se Plaintiffs **PATRICK KEITH CULLEN** and **CHELSEA KAYE MANDEVILLE** hereby provide notice to the Court, pursuant to the Court's Order dated December 16, 2025 (Doc. 6), of their intent with respect to the amended complaint required by January 6, 2026.

Plaintiffs acknowledge the Court's directive to amend the complaint in this case to cure the identified pleading deficiencies under 28 U.S.C. § 1915(e). Plaintiffs have prepared and will timely file an amended complaint in this case that addresses the deficiencies noted in the Order, including providing specific factual details for each alleged incident (identifying the involved defendants, describing their actions, specifying dates and locations, explaining resulting harms and their nature, and stating sought relief), while avoiding shotgun pleading characteristics

1

such as re-alleging all prior allegations in successive counts, incorporating disconnected facts into claims, or failing to specify responsible defendants.

However, in light of the substantial overlap among this case and two related cases pending in this District—*Mandeville v. Lakeland Cemetery Services, Inc.*, Case No. 1:25-cv-01667 (assigned to Judge Proctor) and *Cullen v. Lakeland Cemetery Services, Inc.*, Case No. 1:25-cv-01665—Plaintiffs wish to inform the Court of the intent to file a motion to consolidate and to file a consolidated amended complaint in **Case No. 1:25-cv-01667** to incorporate the claims, facts, evidence, questions of law, and parties from **Case Nos. 1:25-cv-00523** and **1:25-cv-01665.**

The nexus among these cases is identical, involving the same defendants (Lakeland Cemetery Services Inc., Craig Haupt, and Everstory Partners LLC), the same sequence of events including alleged violations of anti-retaliation provisions under the Affordable Care Act (ACA), The Employee Retirement Income and Security Act (ERISA) and The Americans with Disabilities Act (ADA) amongst additional related Federal and State charges. The cases mentioned above all involve the same or similar underlying evidence and legal issues. Consolidating all matters into Case No. 1:25-cv-01667 as the lead case will promote judicial efficiency, avoid duplicative proceedings, and prevent inconsistent rulings, consistent with Federal Rule of Civil Procedure 42(a).

The Plaintiffs have submitted an Amended Civil Complaint for Case No. 1:25-cv-00523-CLM, alongside this Notice of Intent, to address the deficiencies identified by the Court in the original complaint. They plan to file a Motion to Consolidate and seek the Court's permission to submit an Amended Consolidated Complaint in the related case by January 10, 2026, to avoid unnecessary delays for all parties. The Plaintiffs will also file the necessary motions in Case No. 1:25-cv-00523 and Case No. 1:25-cv-01665 to either consolidate or dismiss those cases

without prejudice, pending approval from Judge Proctor for consolidation under the lead case. If permission to file a consolidated amended complaint is not granted, the Plaintiffs affirm that the amended complaint now submitted in this case fully complies with the Court's Order, to the best of their ability and with the resources available

Plaintiffs respectfully request that the Court defer any further action in this case, including screening under 28 U.S.C. § 1915(e), until after resolution of the motion to amend in the related case. This notice is provided to keep the Court informed and to avoid any inadvertent or unnecessary action for all parties involved.

Respectfully submitted,

/s/ Chelsea Kaye Mandeville

Chelsea Kaye Mandeville

400 W Blue Mountain Rd

Anniston, AL 36201

(850)-329-5549

Ckayem@yahoo.com

Pro Se Plaintiff

/s/ Patrick Keith Cullen

Patrick Keith Cullen

400 W Blue Mountain Rd

Anniston, AL 36201

(256) 589-2167

Phathacked@proton.me

Pro Se Plaintiff

Dated: January 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, a true and correct copy of the foregoing Notice was served via U.S. Mail, upon all counsel of record at the following addresses:

**LAKELAND CEMETERY SERVICES INC.:**

Megan Phillips Huizinga, Esq.

Knowles & Sullivan, LLC

413 Broad St.

Gadsden, AL 35901

(256) 547-7200

megan@kkslawgroup.com

**EVERSTORY PARTNERS LLC:**

Melisa C. Zwilling, Esq.

Tristan C. Sulser, Esq.

Carr Allison

100 Vestavia Parkway

Birmingham, AL 35216

(205) 822-2006

mzwilling@carrallison.com

tsulser@carrallison.com



/s/ Chelsea Kaye Mandeville

Chelsea Kaye Mandeville

400 W Blue Mountain Rd

Anniston, AL 36201

(850)-329-5549

Ckayem@yahoo.com

Pro Se Plaintiff


/s/ Patrick Keith Cullen

Patrick Keith Cullen

400 W Blue Mountain Rd

Anniston, AL 36201

(256) 589-2167

Phathacked@proton.me

Pro Se Plaintiff

Chelsea Mandeville and Patrick Cullen
400 W. Blue Mountain Rd
Anniston, AL
36201

CHELSEA MANDEVILLE
8503295549
400 W BLUE MOUNTAIN RD
ANNISTON AL 36201-2555

1 LBS
DWT: 12,10,1

**SHIP TO:**
CLERK OF COURT; HUGO L BLACK US DIS
ALABAMA NORTHERN DISTRICT COURT
1729 5TH AVE N
**BIRMINGHAM AL 35203-2022**

AL 353 9-01



**UPS NEXT DAY AIR**
TRACKING #: 1Z 107 1K5 01 2002 6415

1



**BILLING: 3RD PARTY**

XOL 25.10.

**The UPS Store RFID Label**

Tracking #

1Z1071K5012002 6415

P: GOLD  S: L
TIDE — 1052  6415
ALABAMA NORTHERN DISTRICT COURT
1729 5TH AVE N
BIRMINGHAM AL 35203