Case 1:25-cv-00523-CLM   Document 11-1   Filed 02/24/26   Page 1 of 3

FILED
2026 Feb-25 AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
2026 FEB 24 A 11: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

PATRICK K. CULLEN and
CHELSEA K. MANDEVILLE,

   *Plaintiffs*,

v.

LAKELAND CEMETERY SERVICES,
INC., and CRAIG HAUPT, in his capacity
as Plan Administrator,

   *Defendants*.

Case No. 1:25-cv-00523-CLM
Honorable Corey L. Maze

---

### COVER SHEET FOR MISFILED DOCUMENT
### AND NOTICE OF CLERICAL ERROR

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Patrick K. Cullen and Chelsea K. Mandeville hereby submit the attached motion with the following explanation and respectful request for the Court's consideration:

The attached motion was intended to be submitted in tandem with Plaintiffs' Second Consolidated Complaint, which was received by the Court on or around **February 12, 2026**, alongside Plaintiffs' Motion for Leave to File Electronically. It has come to Plaintiffs' attention that an incorrect Case ID number was entered on this document — specifically, Case No. **1:25-cv-01667-RDP** was listed

in lieu of the correct Case No. **1:25-cv-00523-CLM**. As a result, the document was not submitted to the intended case. This Cover Sheet is submitted to clarify the record and to ensure proper docketing in the correct matter.

Plaintiffs respectfully apologize for any inconvenience this clerical error may have caused the Court and all parties, and thank all parties for their understanding.

Respectfully submitted,

_____  
**Chelsea K. Mandeville**  
Plaintiff, Pro Se  
400 W. Blue Mountain Rd.  
Anniston, AL 36201  
ckayem@yahoo.com  
(256) 770-6253  
Date: February 20, 2026

_____  
**Patrick K. Cullen**  
Plaintiff, Pro Se  
400 W. Blue Mountain Rd.  
Anniston, AL 36201  
Phathacked@proton.me  
(256) 589-2167  
Date: February 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on 02/20/2026, Plaintiffs served a true and correct copy of the foregoing Cover Sheet upon all parties of record via the Court's CM/ECF electronic filing system, or by U.S. Mail, first-class postage prepaid, to the following:

Lakeland Cemetery Services, Inc.

Craig Haupt, Plan Administrator

_____

Chelsea K. Mandeville / Patrick K. Cullen

Plaintiffs, Pro Se