FILED
2026 Feb-25 AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

From: Chelsea Mandeville
3 Patrick Cullen
400 W. Blue Mountain Rd
Anniston, AL 36201

Retail

U.S. POSTAGE
FCM LG ENV
ANNISTON, AL 36204
FEB 20, 2026

$2.17

R2304E106942-01

35203

RDC 99

SECURITY
FEB 24 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

To: Clerk of Court
Hugo L Black United States
District Courthouse
1729 5th Ave N.
Birmingham, Al
35203

ReadyPost
Document Mailer