FILED

2026 Mar-31  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |
|---|---|
| **PATRICK KEITH CULLEN,** *et al.*, <br> Plaintiffs, <br><br> **v.** <br><br> **LAKELAND CEMETARY SERVICES INC.,** *et al.*, <br> Defendants. | **Case No. 1:25-cv-523-CLM** |

## ORDER

The court acknowledges receipt of Defendant Everstory Partners LLC's motion to dismiss, (doc. 15). The court **ORDERS** Plaintiffs to file individual response briefs on or before **April 21, 2026.** Plaintiffs' response briefs shall not exceed 25 pages each (double-spaced, size 14, Times New Roman typeface). Defendant Everstory shall then have until on or before **April 28, 2026,** to file a consolidated reply. Defendant's reply, if any, shall not exceed 10 pages (double-spaced, size 14, Times New Roman typeface).

The court **DIRECTS** the Clerk of Court to mail a copy of this order to pro se Plaintiffs Patrick Keith Cullen and Chelsea Kaye Mandeville at their addresses of record.

**DONE** and **ORDERED** on March 31, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE