FILED

2026 May-06  PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |
|---|---|
| **PATRICK KEITH CULLEN,** *et al.*, <br>     Plaintiffs, <br><br> **v.** <br><br> **LAKELAND CEMETARY SERVICES INC.,** *et al.*, <br>     Defendants. | **Case No. 1:25-cv-523-CLM** |

## ORDER

Pro se Plaintiffs Patrick Keith Cullen and Chelsea Kay Mandeville move the court to stay the Rule 26(f) planning conference and all discovery pending a ruling on Defendant Everstory Partners LLC's motion to dismiss. (Doc. 20). For the reasons set out below, the court **DENIES** Plaintiffs' motion to stay, (doc. 20), and orders as follows:

Defendant Everstory is the only defendant that moves to dismiss Plaintiffs' operative complaint. (*See* doc. 15). Everstory only moves to dismiss Plaintiffs' claims against it and the motion has been briefed by all necessary parties. Therefore, regardless of the outcome, the court's ruling on that motion will not resolve the entire case. The other two defendants, Craig Haupt and Lakeland Cemetery Services, have answered Plaintiffs' complaint. Accordingly, the court finds no reason to delay Plaintiffs and Defendants Haupt and Lakeland from proceeding with discovery pending the court's ruling on Everstory's motion to dismiss.

The court **ORDERS** Plaintiffs and Defendants Haupt and Lakeland to proceed with their Rule 26(f) Planning Conference, to propose dates and deadlines for a scheduling order, and they may commence discovery. Those parties shall file their Rule 26(f) Report on or before **May 27, 2026.**

Pending the court's ruling on Defendant Everstory's motion to dismiss, the court **STAYS** Everstory's discovery obligations, including participation in the Rule 26(f) planning conference.

The court **DIRECTS** the Clerk of Court to mail a copy of this order to pro se Plaintiffs Patrick Keith Cullen and Chelsea Kaye Mandeville at their addresses of record.

**DONE** and **ORDERED** on May 6, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2