FILED

2026 Jun-11  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

**PATRICK KEITH CULLEN,** *et al.*,
    Plaintiffs,

**v.**

**LAKELAND CEMETARY
SERVICES INC.,** *et al.*,
    Defendants.

**Case No. 1:25-cv-523-CLM**

## SCHEDULING ORDER

    This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause. The dates, deadlines, and discovery limits in this case are set forth below:

| Event | Date/Deadline |
| --- | --- |
| Initial Disclosures | May 29, 2026 |
| Deadline to Join Parties or Amend Pleadings | June 15, 2026 |
| Expert Reports | September 14, 2026 |
| Rule 26(e) Supplementation | Follow Fed. R. Civ. P. 26(e)(1)(a) |
| Joint Status Report | August 28, 2026 |
| All discovery complete (written discovery and depositions, including experts) | September 14, 2026 |
| Dispositive Motions | October 20, 2026 *Follow App'x II* |
| Witness and Exhibit Lists | April 2, 2027 |

| Objections & Motions in Limine | April 9, 2027 |
|---|---|
| Responses to Objections/MILs | April 16, 2027<br><br>*Follow App'x IV* |
| Pretrial Conference | April 23, 2027, at 9:00 AM<br>Anniston Federal Courthouse<br>1100 Gurnee Avenue,<br>Anniston AL 36201 |
| Jury Trial | May 24, 2027, starting at 9:00 AM<br>Anniston Federal Courthouse<br>1100 Gurnee Avenue,<br>Anniston, AL 36201 |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 25 each party, due 30 days after service |
| Requests for Admissions | 25 each party, due 30 days after service |
| Requests for Production | 30 each party, due 30 days after service |
| Depositions | 10 each party, 6 hours each |

The parties shall file the joint status report on CM/ECF, and the report shall include (a) a description of the discovery that has been completed, (b) an explanation of what discovery still needs to be completed, and (c) the parties' plan for getting the outstanding discovery completed by the discovery deadline. The purpose of the joint status report is to ensure that the parties are on track to complete discovery by the September 14, 2026, discovery deadline.

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order. All motions in limine, and all responses thereto, must comply with all requirements of Appendix IV to this court's Uniform Initial Order. This

2

order may be modified by filing a motion that establishes good cause for the requested change.

      **DONE** and **ORDERED** on June 11, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE