FILED
2026 Oct-06 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**PATRICK KEITH CULLEN, *et al.*,**
Plaintiffs,
**v.**

**LAKELAND CEMETERY SERVICES INC., *et al.*,**
Defendants.

**Case No. 1:25-cv-523-CLM**

**ORDER**

The court **CANCELS** the telephone status conference scheduled on November 17, 2026 at 10:00 A.M.

The court **DIRECTS** the Clerk of Court to mail a copy of this order to pro se Plaintiffs Patrick Keith Cullen and Chelsea Kaye Mandeville at their addresses of record.

**DONE** and **ORDERED** on October 6, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE